OPINION — AG — ** RAW MILK — SCHOOL LUNCH — PASTEURIZED ** UNDER 2 O.S. 400 [2-400], ALL MILK PURCHASED FOR RE SALE (RESALE) TO CHILDREN (JUVENILE, MINORS) PARTICIPATING IN A SCHOOL LUNCH PROGRAM OR FOR RESALE " IN MIXED DRINKS AT SODA FOUNTAINS (DRUG STORES) " MUST BE PASTEURIZED. (STUDENTS) CITE: 63 O.S. 295.1 [63-295.1], 75 O.S. 144 [75-144], 63 O.S. 295.11 [63-295.11], OPINION NO. FEBRUARY 10, 1925 — WHITEHURST (J. H. JOHNSON)